IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TERRANCE GRISSOM,

    Plaintiff,

v.

BYRON BARTOW,

    Defendant.

ORDER

Case No. 17-cv-51-jdp

---

On January 24, 2017, this court entered an order directing plaintiff Terrance Grissom to submit by February 14, 2017 an initial partial payment of the filing fee in the amount of $0.03. Now plaintiff has filed a motion to waive the $0.27 initial partial payment this case. With his motion, plaintiff has provided documentation that shows he presently has $0.17 in his release account at the institution and has received no recent deposits.

Accordingly, plaintiff's initial partial filing fee will be re-assessed to $0.03. The only amount plaintiff must pay at this time is the $0.03 initial partial payment. Before officials take any portion of that amount from plaintiff's release account, they may first take from plaintiff's regular account whatever amount up to the full amount plaintiff owes.

ORDER

IT IS ORDERED that,

1. Plaintiff Terrance Grissom's motion to waive the $0.27 initial partial payment in this case is DENIED. Plaintiff is re-assessed $0.03 as an initial partial filing fee in this case.

1

2. Plaintiff may have until March 14, 2017, to submit a check or money order made payable to the clerk of court in the amount of $0.03. If by March 14, 2017, plaintiff fails to make the initial partial payment or show cause for failure to do so, plaintiff will be held to have withdrawn this action voluntarily and the case will be closed without prejudice to plaintiff filing at a later date.

Entered this 21st day of February, 2017.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge