IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TERRANCE GRISSOM,

                Plaintiff,

v.

BYRON BARTOW,

                Defendant.

ORDER

17-cv-51-jdp

In an order entered on March 30, 2018, I directed pro se plaintiff Terrance Grissom to file an amended complaint after concluding that Grissom's vague allegations related to his mistreatment at the Wisconsin Resource Center violated Federal Rule of Civil Procedure 8. Dkt. 23. I gave Grissom until April 20, 2018, to submit a proposed amended complaint addressing the deficiencies outlined in the April 20 order. In addition, I warned Grissom that his failure to respond would result in dismissal of this case for his failure to prosecute it.

It is now past Grissom's deadline, and he has not filed an amended complaint or otherwise responded to the court's order. Accordingly, I will dismiss the case.

ORDER

IT IS ORDERED that this case is DISMISSED for plaintiff Terrance Grissom's failure to prosecute it. The clerk of court is directed to enter judgment for defendant and close this case.

Entered May 4, 2018.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge