IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TERRANCE GRISSOM,

    Plaintiff,

v.

BYRON BARTOW,

    Defendant.

JUDGMENT IN A CIVIL CASE

17-cv-51-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case for plaintiff Terrance Grissom's failure to prosecute it.

/s/                                                            5/4/2018

Peter Oppeneer, Clerk of Court                    Date